THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 06-243TSZ |
| Plaintiff, ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND TIME FOR PRETRIAL MOTIONS |
| vs. ) | |
| PHUONG THI KIM PHAM and MINH BINH PHAM, ) | |
| Defendants. ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from September 18, 2006, to November 6, 2006.

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM DUE DATE
(*Pham, et al*; CR06-243TSZ)          1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE **5220**
Seattle, Washington  98101-1271
(206) 553-7970

1   IT IS FURTHER ORDERED pretrial motions are due October 5, 2006.

2   IT IS FURTHER ORDERED that the period of time from the current trial date of September 18, 2006, up to and including the new proposed trial date of November 6, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

5   IT IS FURTHER ORDERED that the government's and Phuong Pham's request for a Settlement Conference is GRANTED.

7   DONE this 15th day of August, 2006.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

 s/ Patricia C. Lally
PATRICIA C. LALLY
Assistant United States Attorney
WSBA #28910
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-2619
Fax: 206-553-0755
Email: Patricia.Lally@usdoj.gov

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM DUE DATE
(*Pham, et al*; CR06-243TSZ)     2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE **5220**
Seattle, Washington  98101-1271
(206) 553-7970